UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAR NUT PRODUCTS COMPANY,

    Plaintiff,

v.

RED RIVER COMMODITIES,

    Defendant.

RED RIVER COMMODITIES,

    Third-Party Plaintiff,

v.

TRAVIS & SHEILA KAY MIRES JV
And GD & BRUCE VAUGHN,

    Third-Party Defendants
_____/

Case No. 16-cv-13197
Hon. Matthew F. Leitman

## **ORDER (1) GRANTING THIRD-PARTY DEFENDANTS' MOTIONS TO DISMISS (ECF ## 20, 27); AND (2) DISMISSING DEFENDANT RED RIVER COMMODITIES' THIRD-PARTY COMPLAINT (ECF #11) WITHOUT PREJUDICE**

On December 22, 2016, Defendant Red River Commodities filed a third-party complaint against (1) Travis & Sheila Kay Mires JV (the "Mires JV"); and (2) GD & Bruce Vaughn (the "Vaughns"). (*See* ECF #11.)

On February 22, 2017 and March 17, 2017 respectively, the Vaughns and the Mires JV moved to dismiss the third-party complaint for lack of personal

1

jurisdiction or in the alternative to transfer venue to the United States District Court for the Northern District of Texas (the "Motions"). (*See* ECF ## 20, 27.) The Court held a hearing on the Motions on June 26, 2017.

For the reasons stated on the record at the June 26, 2017 hearing, the Motions (ECF ## 20, 27) are **GRANTED**. Red River Commodities' third party complaint (ECF #11) is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 5, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 5, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113